**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

**District of Maryland**

Case number (if known): _____    Chapter ___7___

☐ Check if this is an amended filing

## Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy          06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | |
|---|---|
| **1. Debtor's name** | **R& B Construction LLC** |

**2. All other names debtor used in the last 8 years**

Include any assumed names, trade names, and *doing business as names*

**3. Debtor's federal Employer Identification Number (EIN)**    4 7 – 4 5 1 8 5 5 2

**4. Debtor's address**

**Principal place of business**

**6307 Brook Avenue**
Number       Street

**Baltimore, MD 21206**
City                                    State    ZIP Code

**Baltimore City**
County

**Mailing address, if different from principal place of business**

Number       Street

City                                    State    ZIP Code

**Location of principal assets, if different from principal place of business**

Number       Street

City                                    State    ZIP Code

**5. Debtor's website (URL)**

**6. Type of debtor**

☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

Debtor    **R & B Construction LLC**
          _____    Case number *(if known)* _____
          Name

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. §101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. §781(3))

☑ None of the above

B. *Check all that apply:*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)

☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes .

___  ___  ___  ___

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first subbox. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box

*Check one:*

☑ Chapter 7

☐ Chapter 9

☐ Chapter 11. *Check **all** that apply:*

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☑ No

☐ Yes. District _____  When _____  Case number _____
                                      MM / DD / YYYY

         District _____  When _____  Case number _____
                                      MM / DD / YYYY

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list.

☑ No

☐ Yes. Debtor _____  Relationship _____

         District _____  When _____
                                                        MM / DD / YYYY

         Case number, if known _____

---

Official Form 201    **Voluntary Petition for Non-Individuals Filing for Bankruptcy**    page **2**

Debtor    **R& B Construction LLC**
       Name                                       Case number *(if known)*

---

| | |
|---|---|
| **11. Why is the case filed in *this district*?** | *Check all that apply:*<br><br>☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.<br><br>☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district. |
| **12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?** | ☑ No<br><br>☐ Yes.  Answer below for each property that needs immediate attention. Attach additional sheets if needed.<br><br>**Why does the property need immediate attention?** *(Check all that apply.)*<br><br>☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.<br><br>    What is the hazard? _____<br><br>☐ It needs to be physically secured or protected from the weather.<br><br>☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).<br><br>☐ Other<br><br>**Where is the property?** _____<br>    Number      Street<br><br>    _____<br><br>    _____<br>    City      State    ZIP Code<br><br>**Is the property insured?**<br><br>☐ No<br>☐ Yes.  Insurance agency _____<br>          Contact name _____<br>          Phone _____ |

---

### ▮ Statistical and administrative information

| | |
|---|---|
| **13. Debtor's estimation of available funds?** | *Check one:*<br><br>☐ Funds will be available for distribution to unsecured creditors.<br><br>☑ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors. |

| **14. Estimated number of creditors** | ☑ 1-49 | ☐ 50-99 | ☐ 1,000-5,000 | ☐ 5,001-10,000 | ☐ 25,001-50,000 | ☐ 50,000-100,000 |
|---|---|---|---|---|---|---|
| | ☐ 100-199 | ☐ 200-999 | ☐ 10,001-25,000 | | ☐ More than 100,000 | |

| **15. Estimated assets** | ☑ $0-$50,000 | ☐ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
|---|---|---|---|
| | ☐ $50,001-$100,000 | ☐ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| | ☐ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| | ☐ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

---

Debtor   **R & B Construction LLC**                                           Case number *(if known)* _____
　　　　　Name

**16. Estimated liabilities**

- ☐ $0-$50,000
- ☑ $50,001-$100,000
- ☐ $100,001-$500,000
- ☐ $500,001-$1 million

- ☐ $1,000,001-$10 million
- ☐ $10,000,001-$50 million
- ☐ $50,000,001-$100 million
- ☐ $100,000,001-$500 million

- ☐ $500,000,001-$1 billion
- ☐ $1,000,000,001-$10 billion
- ☐ $10,000,000,001-$50 billion
- ☐ More than $50 billion

## Request for Relief, Declaration, and Signatures

**WARNING --**   Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

- ■ The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.
- ■ I have been authorized to file this petition on behalf of the debtor.
- ■ I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **05/28/2024**
　　　　　　　MM/  DD/  YYYY

**X** **/s/ Betzy C Martinez**                                  **Betzy C Martinez**
　　Signature of authorized representative of debtor          Printed name

Title   **Owner**

**18. Signature of attorney**

**X**   **/s/ Sonila Isak Wintz**   Date **05/28/2024**
　　Signature of attorney for debtor              MM/  DD/  YYYY

**Sonila Isak Wintz**
Printed name

**Isak Law Firm, LLC**
Firm name

**306 N Main Street**
Number　　Street

**Bel Air**   **MD**   **21014**
City　　　　　　　　　　　　　State　　ZIP Code

**(443) 854-6666**   **sonila@isaklaw.com**
Contact phone　　　　　　　　　　　Email address

**29803**   **MD**
Bar number　　　　　　　　　　　　State

Fill in this information to identify the case:

Debtor Name  **R& B Construction LLC**

United States Bankruptcy Court for the: District of  **Maryland**
(State)

Case number (If known):

☐ Check if this is an amended filing

Official Form 206A/B

# Schedule A/B: Assets — Real and Personal Property
12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
|---|---|

1. **Does the debtor have any cash or cash equivalents?**

   ☑ No. Go to Part 2.

   ☐ Yes. Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
|---|---|

2. **Cash on hand** _____

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|
| 3.1. | | ___ ___ ___ ___ | |
| 3.2. | | ___ ___ ___ ___ | |

4. **Other cash equivalents** *(Identify all)*

   4.1 _____

   4.2 _____

5. **Total of Part 1**

   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80. _____

| Part 2: | Deposits and prepayments |
|---|---|

6. **Does the debtor have any deposits or prepayments?**

   ☑ No. Go to Part 3.

   ☐ Yes. Fill in the information below.

| | Current value of debtor's interest |
|---|---|

7. **Deposits, including security deposits and utility deposits**

   Description, including name of holder of deposit

   7.1 _____ _____

Debtor   **R & B Construction LLC**                          Case number *(if known)* _____
_____
Name

---

7.2 _____   _____

8.   **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

Description, including name of holder of prepayment

8.1 _____   _____

8.2 _____   _____

9.   **Total of Part 2**

Add lines 7 through 8. Copy the total to line 81.   _____

| Part 3: | Accounts receivable |
|---|---|

10.  **Does the debtor have any accounts receivable?**

☑ No. Go to Part 4.

☐ Yes. Fill in the information below.

**Current value of debtor's interest**

11.  **Accounts receivable**

11a. 90 days old or less:   _____ - _____ =....➜   _____
                            face amount    doubtful or uncollectible accounts

11b. Over 90 days old:   _____ - _____ =....➜   _____
                         face amount    doubtful or uncollectible accounts

12.  **Total of Part 3**

Current value on lines 11a + 11b = line 12. Copy the total to line 82.   _____

| Part 4: | Investments |
|---|---|

13.  **Does the debtor own any investments?**

☑ No. Go to Part 5.

☐ Yes. Fill in the information below.

| | **Valuation method used for current value** | **Current value of debtor's interest** |
|---|---|---|

14.  **Mutual funds or publicly traded stocks not included in Part 1**

Name of fund or stock:

14.1 _____   _____   _____

14.2 _____   _____   _____

15.  **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**

Name of entity:                                          % of ownership:

15.1 _____   _____   _____   _____

15.2 _____   _____   _____   _____

---

Debtor   **R & B Construction LLC**
Name

Case number *(if known)* _____

16. **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**

Describe:

16.1 _____   _____   _____

16.2 _____   _____   _____

17. **Total of Part 4**

Add lines 14 through 16. Copy the total to line 83.

| | |
|---|---|
| | _____ |

**Part 5:**   Inventory, excluding agriculture assets

18. **Does the debtor own any inventory (excluding agriculture assets)?**

☑ No. Go to Part 6.

☐ Yes. Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **19. Raw materials** | | | | |
| _____ | MM / DD / YYYY | _____ | _____ | _____ |
| **20. Work in progress** | | | | |
| _____ | MM / DD / YYYY | _____ | _____ | _____ |
| **21. Finished goods, including goods held for resale** | | | | |
| _____ | MM / DD / YYYY | _____ | _____ | _____ |
| **22. Other inventory or supplies** | | | | |
| _____ | MM / DD / YYYY | _____ | _____ | _____ |

23. **Total of Part 5**

Add lines 19 through 22. Copy the total to line 84.

| | |
|---|---|
| | _____ |

24. **Is any of the property listed in Part 5 perishable?**

☑ No

☐ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**

☑ No

☐ Yes.  Book value _____   Valuation method _____   Current value _____

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**

☑ No

☐ Yes

**Part 6:**   Farming and fishing-related assets (other than titled motor vehicles and land)

Debtor    **R & B Construction LLC**                                    Case number *(if known)* _____
           Name

---

**27.** **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☑ No. Go to Part 7.

☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **28.** **Crops—either planted or harvested** | | | |
| | _____ | _____ | _____ |
| **29.** **Farm animals** *Examples:* Livestock, poultry, farm-raised fish | | | |
| _____ | _____ | _____ | _____ |
| **30.** **Farm machinery and equipment** (Other than titled motor vehicles) | | | |
| _____ | _____ | _____ | _____ |
| **31.** **Farm and fishing supplies, chemicals, and feed** | | | |
| _____ | _____ | _____ | _____ |
| **32.** **Other farming and fishing-related property not already listed in Part 6** | | | |
| _____ | _____ | _____ | _____ |

**33.** **Total of Part 6**

Add lines 28 through 32. Copy the total to line 85.                                                   [_____]

**34.** **Is the debtor a member of an agricultural cooperative?**

☑ No

☐ Yes. Is any of the debtor's property stored at the cooperative?

    ☐ No

    ☐ Yes

**35.** **Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**

☑ No

☐ Yes. Book value _____ Valuation method _____ Current value _____

**36.** **Is a depreciation schedule available for any of the property listed in Part 6?**

☑ No

☐ Yes

**37.** **Has any of the property listed in Part 6 been appraised by a professional within the last year?**

☑ No

☐ Yes

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
|---|---|

**38.** **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☑ No. Go to Part 8.

☐ Yes. Fill in the information below.

---

Debtor    **R & B Construction LLC**      Case number *(if known)* _____
<br>Name

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39. **Office furniture** | | | |
| 40. **Office fixtures** | | | |
| 41. **Office equipment, including all computer equipment and communication systems equipment and software** | | | |
| 42. **Collectibles** *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |
| 42.1 | | | |
| 42.2 | | | |
| 42.3 | | | |

43. **Total of Part 7**

Add lines 39 through 42. Copy the total to line 86.      [_____]

44. **Is a depreciation schedule available for any of the property listed in Part 7?**

☑ No
<br>☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**

☑ No
<br>☐ Yes

**Part 8:**   Machinery, equipment, and vehicles

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

☑ No. Go to Part 9.
<br>☐ Yes. Fill in the information below.

| General description — Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 47. **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1 | | | |
| 47.2 | | | |
| 47.3 | | | |
| 47.4 | | | |

Debtor    **R & B Construction LLC**
          Name

Case number *(if known)* _____

48. **Watercraft, trailers, motors, and related accessories** Examples:
Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

48.1 _____    _____    _____    _____

48.2 _____    _____    _____    _____

49. **Aircraft and accessories**

49.1 _____    _____    _____    _____

49.2 _____    _____    _____    _____

50. **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

_____    _____    _____    _____

51. **Total of Part 8**

Add lines 47 through 50. Copy the total to line 87.

52. **Is a depreciation schedule available for any of the property listed in Part 8?**

☑ No

☐ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**

☑ No

☐ Yes

| Part 9: | Real property |
|---------|---------------|

54. **Does the debtor own or lease any real property?**

☑ No. Go to Part 10.

☐ Yes. Fill in the information below.

55. **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1 _____ | _____ | _____ | _____ | _____ |
| 55.2 _____ | _____ | _____ | _____ | _____ |
| 55.3 _____ | _____ | _____ | _____ | _____ |
| 55.4 _____ | _____ | _____ | _____ | _____ |
| 55.5 _____ | _____ | _____ | _____ | _____ |
| 55.6 _____ | _____ | _____ | _____ | _____ |

56. **Total of Part 9**

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88.

Debtor    **R& B Construction LLC**                                         Case number *(if known)* _____
              Name

---

57.  **Is a depreciation schedule available for any of the property listed in Part 9?**

☑ No

☐ Yes

58.  **Has any of the property listed in Part 9 been appraised by a professional within the last year?**

☑ No

☐ Yes

| Part 10: | Intangibles and intellectual property |
|---|---|

59.  **Does the debtor have any interests in intangibles or intellectual property?**

☑ No. Go to Part 11.

☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest<br><br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60. **Patents, copyrights, trademarks, and trade secrets**<br><br>_____ | _____ | _____ | _____ |
| 61. **Internet domain names and websites**<br><br>_____ | _____ | _____ | _____ |
| 62. **Licenses, franchises, and royalties**<br><br>_____ | _____ | _____ | _____ |
| 63. **Customer lists, mailing lists, or other compilations**<br><br>_____ | _____ | _____ | _____ |
| 64. **Other intangibles, or intellectual property**<br><br>_____ | _____ | _____ | _____ |
| 65. **Goodwill**<br><br>_____ | _____ | _____ | _____ |

66.  **Total of Part 10**

Add lines 60 through 65. Copy the total to line 89.                                   _____

67.  **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C. §§ 101(41A) and 107)**?**

☑ No

☐ Yes

68.  **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

☑ No

☐ Yes

69.  **Has any of the property listed in Part 10 been appraised by a professional within the last year?**

☑ No

☐ Yes

| Part 11: | All other assets |
|---|---|

---

Debtor    **R& B Construction LLC**                                  Case number *(if known)* _____
        Name

---

70. **Does the debtor own any other assets that have not yet been reported on this form?**

    Include all interests in executory contracts and unexpired leases not previously reported on this form.

    ☐ No. Go to Part 12.

    ☑ Yes. Fill in the information below.

    |  | **Current value of debtor's interest** |
    |---|---|

71. **Notes receivable**

    Description (include name of obligor)

    _____  _____ – _____ = ➔ _____
                       Total face amount     doubtful or uncollectible amount

72. **Tax refunds and unused net operating losses (NOLs)**

    Description (for example, federal, state, local)

    _____ Tax year _____ _____

    _____ Tax year _____ _____

    _____ Tax year _____ _____

73. **Interests in insurance policies or annuities**

    _____                         _____

74. **Causes of action against third parties (whether or not a lawsuit has been filed)**

    _____                         _____

    **Nature of claim**     _____

    **Amount requested**     _____

75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

    _____                         _____

    **Nature of claim**     _____

    **Amount requested**     _____

76. **Trusts, equitable or future interests in property**

    _____                         _____

77. **Other property of any kind not already listed** *Examples:* Season tickets, country club membership

    **various drywall tools**                         **$500.00**

78. **Total of Part 11**

    Add lines 71 through 77. Copy the total to line 90.        **$500.00**

---

Debtor   **R & B Construction LLC**
Name

Case number *(if known)*

---

79.   **Has any of the property listed in Part 11 been appraised by a professional within the last year?**

☑ No
☐ Yes

**Part 12:**   Summary

**In Part 12 copy all of the totals from the earlier parts of the form.**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80.   **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1.* | _____ | |
| 81.   **Deposits and prepayments.** *Copy line 9, Part 2.* | _____ | |
| 82.   **Accounts receivable.** *Copy line 12, Part 3.* | _____ | |
| 83.   **Investments.** *Copy line 17, Part 4.* | _____ | |
| 84.   **Inventory.** *Copy line 23, Part 5.* | _____ | |
| 85.   **Farming and fishing-related assets.** *Copy line 33, Part 6.* | _____ | |
| 86.   **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | _____ | |
| 87.   **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | _____ | |
| 88.   **Real property.** *Copy line 56, Part 9.*..................................................➔ | | _____ |
| 89.   **Intangibles and intellectual property.** *Copy line 66, Part 10.* | _____ | |
| 90.   **All other assets.** *Copy line 78, Part 11.* | +  $500.00 | |
| 91.   **Total.** *Add lines 80 through 90 for each column............................91a.* | $500.00 | + 91b.  _____ |
| 92.   **Total of all property on Schedule A/B.** Lines 91a + 91b = 92. .......................................................................................... | | $500.00 |

---

Fill in this information to identify the case:

Debtor name __R& B Construction LLC__

United States Bankruptcy Court for the: District of __Maryland__
(State)

Case number (if known): _____

☐ Check if this is an amended filing

__Official Form 206D__

# Schedule D: Creditors Who Have Claims Secured by Property

12/15

**Be as complete and accurate as possible.**

1. **Do any creditors have claims secured by debtor's property?**

   ☑ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

   ☐ Yes. Fill in all of the information below.

| Part 1: | List Creditors Who Have Secured Claims |
|---|---|

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | *Column A* **Amount of claim** Do not deduct the value of collateral. | *Column B* **Value of collateral that supports this claim** |
|---|---|---|

**2.1** Creditor's name

Creditor's mailing address

Creditor's email address, if known

Date debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**Do multiple creditors have an interest in the same property?**

☐ No

☐ Yes. Specify each creditor, including this creditor, and its relative priority.

_____

**Describe debtor's property that is subject to a lien**

**Describe the lien**

**Is the creditor an insider or related party?**

☐ No

☐ Yes

**Is anyone else liable on this claim?**

☐ No

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.** _____

Fill in this information to identify the case:

Debtor name **R& B Construction LLC**

United States Bankruptcy Court for the:

**District of Maryland**

Case number (if known): _____

☐ Check if this is an
amended filing

## Official Form 206E/F

## Schedule E/F: Creditors Who Have Unsecured Claims                          12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases*(Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:   List All Creditors with PRIORITY Unsecured Claims

1.  **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507)

☐ No. Go to Part 2.

☑ Yes. Go to line 2.

2.  **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | Total claim | Priority amount |
|---|---|---|---|

| **2.1** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$68,083.07** | **unknown** |
|---|---|---|---|---|
| | **Comptroller of Maryland** | ☐ Contingent | | |
| | **301 W Preston St** | ☐ Unliquidated | | |
| | **Baltimore, MD 21201-2305** | ☐ Disputed | | |
| | Date or dates debt was incurred **2017** | Basis for the Claim: _____ | | |
| | Last 4 digits of account number ___ ___ ___ ___ | Is the claim subject to offset? ☑ No ☐ Yes | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) **(8)** | | | |

| **2.2** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | _____ | _____ |
|---|---|---|---|---|
| | _____ | ☐ Contingent | | |
| | _____ | ☐ Unliquidated | | |
| | _____ | ☐ Disputed | | |
| | Date or dates debt was incurred _____ | Basis for the claim: _____ | | |
| | Last 4 digits of account number ___ ___ ___ ___ | Is the claim subject to offset? ☐ No ☐ Yes | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ___ | | | |

Debtor    **R & B Construction LLC**
Name

Case number *(if known)*

| **Part 2:** | List All Creditors with NONPRIORITY Unsecured Claims |

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

**Amount of claim**

**3.1** Nonpriority creditor's name and mailing address

**Chesapeake Employers' Insurance**

**8722 Lock Raven Boulevard**

**Towson, MD 21286**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

**$22,668.80**

**3.2** Nonpriority creditor's name and mailing address

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
☐ No
☐ Yes

_____

**3.3** Nonpriority creditor's name and mailing address

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
☐ No
☐ Yes

_____

**3.4** Nonpriority creditor's name and mailing address

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
☐ No
☐ Yes

_____

Debtor    **R& B Construction LLC**
Name

Case number *(if known)* _____

| Part 3: | List Others to Be Notified About Unsecured Claims |
|---|---|

4.  **List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
| 4.1 **Kind & Dashoff, LLC** <br> **One Church Lane** <br> **Pikesville, MD 21208** | Line **3.1** <br> ☐ Not listed. Explain _____ | **2   0   1   9** |
| 4.2 **State of MD CCU** <br> **300 W. Preston S 5TH FLR** <br> **Baltimore, MD 21201** | Line **2.1** <br> ☐ Not listed. Explain _____ | __ __ __ __ |

**Schedule E/F: Creditors Who Have Unsecured Claims**

Debtor    **R& B Construction LLC**
_____
Name

Case number *(if known)* _____

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |

**5.** **Add the amounts of priority and nonpriority unsecured claims.**

|  |  | **Total of claim amounts** |
|---|---|---|
| 5a. **Total claims from Part 1** | 5a. | **$68,083.07** |
| 5b. **Total claims from Part 2** | 5b. **+** | **$22,668.80** |
| 5c. **Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | **$90,751.87** |

Fill in this information to identify the case:

Debtor name **R& B Construction LLC**

United States Bankruptcy Court for the:
**District of Maryland**

Case number (if known): _____ Chapter **7**

☐ Check if this is an amended filing

## Official Form 206G

# Schedule G: Executory Contracts and Unexpired Leases 12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.

1. Does the debtor have any executory contracts or unexpired leases?

   ☑ **No.** Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

   ☐ **Yes.** Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1** State what the contract or lease is for and the nature of the debtor's interest | |
| State the term remaining | |
| List the contract number of any government contract | |
| **2.2** State what the contract or lease is for and the nature of the debtor's interest | |
| State the term remaining | |
| List the contract number of any government contract | |
| **2.3** State what the contract or lease is for and the nature of the debtor's interest | |
| State the term remaining | |
| List the contract number of any government contract | |
| **2.4** State what the contract or lease is for and the nature of the debtor's interest | |
| State the term remaining | |
| List the contract number of any government contract | |

Fill in this information to identify the case:

Debtor name __**R& B Construction LLC**__

United States Bankruptcy Court for the: District of __**Maryland**__
(State)

Case number (If known): _____

☐ Check if this is an amended filing

__Official Form 206H__

# Schedule H: Codebtors

12/15

**Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.**

**1.** **Does the debtor have any codebtors?**

☑ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

☐ Yes

**2.** **In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, *Schedules D-G.* Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.**

| *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing address** | **Name** | *Check all schedules that apply:* |
| 2.1 _____ | _____ Street _____ City   State   ZIP Code | _____ | ☐ D ☐ E/F ☐ G |
| 2.2 _____ | _____ Street _____ City   State   ZIP Code | _____ | ☐ D ☐ E/F ☐ G |
| 2.3 _____ | _____ Street _____ City   State   ZIP Code | _____ | ☐ D ☐ E/F ☐ G |
| 2.4 _____ | _____ Street _____ City   State   ZIP Code | _____ | ☐ D ☐ E/F ☐ G |

Debtor    **R& B Construction LLC**
Name                                                              Case number (if known) _____

| | Additional Page if Debtor Has More Codebtors |
|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | Name | Mailing address | Name | Check all schedules that apply: |
| 2.5 | _____ | Street _____ <br><br> _____ <br><br> City    State    ZIP Code | _____ | ☐ D <br> ☐ E/F <br> ☐ G |
| 2.6 | _____ | Street _____ <br><br> _____ <br><br> City    State    ZIP Code | _____ | ☐ D <br> ☐ E/F <br> ☐ G |

Official Form 206H                    **Schedule H: Codebtors**                    page __2__ of __2__

**Fill in this information to identify the case:**

Debtor name **R& B Construction LLC**

United States Bankruptcy Court for the:

**District of Maryland**

Case number (if known): _____   Chapter __7__

☐ Check if this is an amended filing

Official Form 206Sum

# Summary of Assets and Liabilities for Non-Individuals          12/15

**Part 1:**  Summary of Assets

1. **Schedule A/B: Assets–Real and Personal Property** (Official Form 206A/B)

   1a. **Real Property:**

   Copy line 88 from *Schedule A/B*..........................................................................................  | $0.00 |

   1b. **Total personal property:**

   Copy line 91A from *Schedule A/B*........................................................................................  | $500.00 |

   1c. **Total of all property:**

   Copy line 92 from *Schedule A/B*..........................................................................................  | $500.00 |

**Part 2:**  Summary of Liabilities

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)

   Copy the total dollar amount listed in Column A, *Amount of claim*, from line 3 of *Schedule D*.................  | $0.00 |

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**

   Copy the total claims from Part 1 from line 5a of *Schedule E/F*..................................................  | $68,083.07 |

   3b. **Total amount of claims of non-priority amount of unsecured claims:**

   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*....................................  | + $22,668.80 |

4. **Total liabilities**...................................................................................................................  | **$90,751.87** |

   Lines 2 + 3a + 3b

<table>
<tr><td colspan="2">Fill in this information to identify the case:</td></tr>
<tr><td>Debtor name</td><td>**R& B Construction LLC**</td></tr>
<tr><td colspan="2">United States Bankruptcy Court for the:<br>**District of Maryland**</td></tr>
<tr><td colspan="2">Case number (if known): _____</td></tr>
</table>

☐ Check if this is an amended filing

## Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider*, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| 1 Chesapeake Employers' Insurance<br>8722 Lock Raven Boulevard<br>Towson, MD 21286 | | | | | | $22,668.80 |
| 2 Comptroller of Maryland<br>301 W Preston St<br>Baltimore, MD 21201-2305 | | | | | | $68,083.07 |
| 3 | | | | | | |
| 4 | | | | | | |
| 5 | | | | | | |
| 6 | | | | | | |
| 7 | | | | | | |
| 8 | | | | | | |

Debtor    **R& B Construction LLC**
_____          Case number *(if known)* _____
Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 9 | | | | | | |
| 10 | | | | | | |
| 11 | | | | | | |
| 12 | | | | | | |
| 13 | | | | | | |
| 14 | | | | | | |
| 15 | | | | | | |
| 16 | | | | | | |
| 17 | | | | | | |
| 18 | | | | | | |
| 19 | | | | | | |
| 20 | | | | | | |

**IN THE UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MARYLAND**
**BALTIMORE DIVISION**

IN RE: **R& B Construction LLC**                                                    CASE NO

                                                                                                    CHAPTER **7**

## VERIFICATION OF CREDITOR MATRIX

The above named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.

Date  __**05/28/2024**__          Signature _____**/s/ Betzy C Martinez**_____
                                                                            Betzy C Martinez, Owner

Chesapeake Employers'
Insurance
8722 Lock Raven Boulevard
Towson, MD 21286


Comptroller of Maryland
301 W Preston St
Baltimore, MD 21201-2305


Kind & Dashoff, LLC
One Church Lane
Pikesville, MD 21208


State of MD CCU
300 W. Preston S 5TH FLR
Baltimore, MD 21201